## STATE ex HONEYMAN v MIAMI CO COMRS

Ohio Supreme Court

No. 21213. Decided Feb 6, 1929

Syllabus by ALLEN, J.

## CONSTITUTIONAL LAW

(140 S) **Section 1121-17, General Code,** does not violate Article I, Section 19, of the Constitution of Ohio.

## ANIMALS

(20 D) Under **Section 1121-17, General Code,** the board of county commissioners of a county may appropriate money from the general funds of such county in payment of bills to be incurred by officers, agents and employees of the State of Ohio in making a tuberculin test of cattle owned and located in such county, to be paid out on warrants issued by the county auditor of such county, subject to the approval of the department of agriculture.

Kinkade, Robinson, Jones, Matthias and Day, JJ, concur.

## INTERNATIONAL TELEPOST CO v P U C

Ohio Supreme Court

No 21294. Decided Feb 6, 1929

Syllabus by ALLEN, J.

## PUBLIC UTILITIES COMMISSION

(480 P) Under **Section 614-53, General Code,** the Public Utilities Commission of Ohio, after authorizing a public utility to issue capital stock, may for good cause shown suspend the right of such utility to further issue and dispose of such stock within this state.

## CORPORATIONS

(160 Sa) Where the record shows that such utility has used the order of the Public Utilities Commission authorizing it to issue its capital stock as a basis for advertising its securities and inducing their purchase in Ohio and other states, good cause for the suspension of such authority is shown.

Marshall, C J, Robinson, Jones and Day, JJ, concur. Kinkade and Matthias, JJ, not participating.